1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
    A Limited Liability Partnership
2   Including Professional Corporations
    CHARLES S. DONOVAN, Cal. Bar No. 103667
3  BRIAN R. BLACKMAN, Cal. Bar No. 196996
   Four Embarcadero Center, 17th Floor
4  San Francisco, California 94111-4106
   Telephone: 415-434-9100
5  Facsimile: 415-434-3947
   Email:     cdonovan@sheppardmullin.com
6              bblackman@sheppardmullin.com

7  Attorneys for Plaintiff

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11  TRITON CONTAINER                    Case No. 14-cv-01551 EMC
    INTERNATIONAL LIMITED,
12                                      **WRIT OF ATTACHMENT**
                 Plaintiff,
13
         v.
14
    SANTE SHIPPING LINES, INC., SANTE
15  MANNA S.A.,

16               Defendants.

17

18

19         TO THE UNITED STATES MARSHAL AND ANY PROCESS SERVER

20  LICENSED BY THE STATE OF CALIFORNIA:

21         This Writ is to attach the property of non-resident defendants, Sante

22  Shipping Lines, Inc. and Sante Manna S.A. The amount of this Writ of Attachment is

23  $419,864.90.

24         YOU ARE DIRECTED TO ATTACH any and all property subject to levy in

25  an amount clearly sufficient to satisfy the amount stated above, including without

26  limitation:

27      a.   All tangible and intangible property of either defendant;

28      b.   Any and all debts or payments owed by any party to either defendant;

-1-

SMRH:420023190.1                                           WRIT OF ATTACHMENT

1     c.     Any and all assets belonging to either defendant including, but not limited to, freights, accounts receivables, payments receivable, cash or charter hire.

Service of this writ of attachment shall be deemed continuous from the date of service until 10:00 a.m. the next day that is not a Saturday, Sunday or Legal Holiday under Fed. R. Civ. P. 6(a)(6).

Dated: APR 1 1 2014

RICHARD W. WIEKING
Clerk, United States District Court

By: SHEILA RASH

-2-

SMRH:420023190.1      WRIT OF ATTACHMENT