SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
CHARLES S. DONOVAN, Cal. Bar No. 103667
BRIAN R. BLACKMAN, Cal. Bar No. 196996
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947
cdonovan@sheppardmullin.com
bblackman@sheppardmullin.com
Attorneys for Plaintiff

FLYNN, DELICH & WISE LLP
Conte C. Cicala (Bar No. 173554)
343 Sansome Street, Suite 540
San Francisco, CA 94104
Telephone: (415) 693-5566
Facsimile: (415) 693-0410
contec@fdw-law.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRITON CONTAINER INTERNATIONAL LIMITED,<br><br>        Plaintiff,<br><br>    v.<br><br>SANTE SHIPPING LINES, INC., SANTE MANNA S.A.,<br><br>        Defendants. | Case No.: 3:14-cv-01551-EMC<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

      Plaintiff Triton Container International Limited and Defendants Sante Shipping Lines, Inc. and Sante Manna, S.A. hereby jointly stipulate to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees and costs.

-1-

SMRH:424806385.1

1  DATED: June 6, 2014

2

3  SHEPPARD MULLIN RICHTER                FLYNN, DELICH & WISE LLP
   & HAMPTON LLP

4

5

6  By:   /s/ Charles S. Donovan           By:   /s/ Conte C. Cicala
           CHARLES S. DONOVAN                     CONTE C. CICALA

7
       Attorneys for Plaintiff                Attorneys for Defendants
8

9

10  IT IS SO ORDERED:

11  _____
    Edward M. Chen
12  U.S. District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
(United States District Court, Northern District of California seal)

SMRH:424806385.1